**FILED**
February 5, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:13-mj-00029-EFB
            Plaintiff,               )
v.                                   )
                                     )   ORDER FOR RELEASE OF
ZHIQIANG LUI,                        )   PERSON IN CUSTODY
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHIQIANG LUI, Case No. 2:13-mj-00029-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $50,000.00

    __X__   Unsecured Appearance Bond (Interim)

    __X__   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) Secured bond documents to be filed by 2/19/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   2/5/2013   at   2:35 pm

By _____
Edmund F. Brennan
United States Magistrate Judge