**FILED**
February 5, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ZHIQIANG LUI, ) <br> ) <br> Defendant. ) | Case No. 2:13-mj-00029-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHIQIANG LUI, Case No. 2:13-mj-00029-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $50,000.00

    __X__    Unsecured Appearance Bond (Interim)

    __X__    Secured Appearance Bond

    __X__    (Other) Conditions as stated on the record.

    __X__    (Other) Secured bond documents to be filed by 2/19/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   2/5/2013   at  2:35 pm

By _____
Edmund F. Brennan
United States Magistrate Judge